Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
BLAKELY LAW GROUP
1108 Manhattan Ave, Unit B
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company, | CASE NO.: 2:25-cv-10527-FMO-AYP |
| Plaintiff, | **ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION [30]** |
| vs. | |
| ANA ACCESSORIES CORPORATION d/b/a Girly, a California Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

WHEREAS Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") has filed a Complaint in this action against defendant Ana Accessories Corporation d/b/a Girly ("Defendant") alleging Trademark Infringement, False Designations of Origin, Common Law Trademark Infringement and Unfair Competition, and Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.* all allegedly arising from Defendant's manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of jewelry and apparel products bearing

allegedly identical or confusingly similar reproductions of one or more of the Chrome Hearts Marks (attached hereto and incorporated herein as Exhibit 1). Exemplar photographs of the Accused Products are shown in ¶ 28 of the Complaint and reproduced in Exhibit 2 for reference (the "Accused Products").

WHEREAS the Parties have entered into a Confidential Settlement Agreement to fully resolve all of the claims in this action among the Parties;

WHEREAS without any admission of liability, Defendant has agreed to consent to the below terms of a permanent injunction, and IT IS HEREBY ORDERED THAT:

1.    Defendant and its agents, servants, employees and all entities and/or persons in active concert and participation with Defendant are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts Marks in Exhibit 1, including, but not limited to:

a.    manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, or otherwise incorporate in advertising or marketing the Accused Products and/or any other products bearing the Chrome Hearts Marks;

b.    delivering, holding for sale, returning, transferring, or otherwise moving, storing, or disposing in any manner the Accused Products and/or any other products bearing the Chrome Hearts Marks;

c.    engaging in any other activity constituting unfair competition with Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Chrome Hearts;

d.    committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Chrome Hearts;

**ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION**

e.    knowingly assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a)-(d) above; and

f.    knowingly affecting any transactions, assignments or transfers, or form new entities or associations to circumvent the prohibitions referred to in Paragraphs 1(a)-(d) above.

WHEREAS the parties have further agreed as follows, and IT IS HEREBY FURTHER ORDERED THAT:

2.    This Court has jurisdiction over the Parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3.    The execution of this Stipulation/Order shall serve to bind and obligate the Parties hereto.

4.    Upon satisfaction of other obligations set forth in the Settlement Agreement, Plaintiff will file a separate *Dismissal with Prejudice of the Civil Action*.

5.    The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the enforcement of this Stipulation/Order.

**IT IS SO ORDERED.**

Dated: June 1, 2026                    _____/s/_____
                                                  Hon. Fernando M. Olguin
                                                  U.S. District Judge

ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION

## EXHIBIT 1

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
| --- | --- | --- | --- |
| "CH Cross" | 3,606,059 | 4/14/2009 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, pants, jackets, coats, and hats |
| | 4,501,773 | 3/25/2014 | 026: Hair accessories, namely, hair pulls in the nature of hair bands, hair clips, hair bows, hair bands, headbands, hair pins, barrettes, ponytail holders, buttons and ribbons. |
| | 3,605,860 | 4/14/2009 | 014: Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals. |
| "Cemetery Cross Patch" | 4,619,674 | 10/14/2014 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, vests, sweaters, jeans, pants, chaps, dresses, skirts, jackets, coats, underwear, swimwear, hats, socks and footwear. |

1

ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| "CH Plus" | 3,388,911<br><br>3,784,780 | 2/26/2008<br><br>5/04/2010 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, sweaters and hats<br><br>026: Hair accessories, namely, hair clips, barrettes, hair bands, buttons, hair pins and ribbons. |

ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION

**EXHIBIT 2**







ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION









ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION






ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION